*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT A

**From:** Tanya Ritter <TRitter@cc-md.org>
**Sent:** Friday, March 10, 2023 11:22 AM
**To:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Cc:** Kathy Clemente <KClemente@cc-md.org> **Subject:** Leslie Jolley and ESC

Antoinette,

I want to keep you and Kathy in the loop regarding Leslie and pay. I have a feeling she will be contacting you both.

This has been an ongoing issue. Leslie, will work shifts and not seek staff assistance. She says she can't find staff to work. Yet, she is able to assist Kenora with finding staff. She wants to work to receive the differential. Every pay period I have to ask her to remove a few of her ESCs. The last pay she put in for ESC because her day shift person called out and she worked two hours. She removed the two days when asked. This pay, she had a two-hour staff meeting on Saturday and put in for a full ESC. I reminded her that the ESC is for when she has to cover a shift. She removed it. She also put in for a full ESC and said she had to work Saturday from 3p to 11p. I reminded her that she had staff at the home and she didn't need to work. She said that she needed to work 3 hours, until 7p and she had to work overnight at Rockhaven at 9p. I explained that 4 hours is ½ an ESC. She said she wasn't going home and then to come back in two hours. I explained that we would ask the staff to clock out and she is expected to do the same.

Tanya

*Tanya Egbe (pronounced: Egg-Bee)*

**Tanya Ritter-Egbe (She/her)**

*Director of Residential Services South, Gallagher Services*

*Family Services Division*

T 667-600-3798 *****

C 443-500-9961- emergencies only

tritter@cc-md.org