*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT B

| | |
|---|---|
| From: | Tanya Ritter |
| To: | Antoinette Cofer-Hoefs |
| Subject: | Fw: Julie Crawford-Guy |
| Date: | Thursday, September 7, 2023 1:44:49 PM |
| Attachments: | Outlook-5f2qy1zz.png |
| | Outlook-xvedieoq.png |
| | Outlook-2glfctw4.png |
| | Outlook-wsgejuw1.png |
| | Outlook-cid_image0.png |
| | Outlook-2duujfuh.png |
| | Outlook-cid_image0.png |

Antoinette,

Julie said that Leslie told her not to attend the training because she needed her to work. Leslie stated that she and Julie had forgotten.

Leslie has asked Julie to sign the missed training letter. Julie stated that she's afraid to confront Leslie due to fear of retaliation, and she has asked that we not tell Leslie she doesn't want to sign.

How should I move forward?

*Tanya Egbe (pronounced: Egg-Bee)*
**Tanya Ritter-Egbe (She/her)**
**Director of Residential Services South**
Family Services Division
T 667-600-3798 *****
C 443-500-9961- emergencies only
tritter@cc-md.org
1916 Crain Highway, Suite 13 | Glen Burnie MD 21061

cc-md.org/gallagher
**Get to know CHEERS!**



Please follow us on Facebook and Twitter



CATHOLIC CHARITIES IN ACTION

*Inspired by the Gospel mandates to love, serve, and teach, Catholic Charities provides care and services to improve the lives of Marylanders in need.*

This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.

**From:** Leslie Jolley <LJolley@cc-md.org>
**Sent:** Thursday, September 7, 2023 1:30 PM
**To:** Tanya Ritter <TRitter@cc-md.org>
**Cc:** Kristen Crowther <KCrowther@cc-md.org>; Lawrence Brown <LBrown2@cc-md.org>; Stephanie Hamer <shamer2@cc-md.org>
**Subject:** Re: Julie Crawford-Guy

She and I both forgot about her class and Yes i needed her to work.

Get [Outlook for iOS](#)

---

**From:** Tanya Ritter <TRitter@cc-md.org>
**Sent:** Thursday, September 7, 2023 1:23:16 PM
**To:** Leslie Jolley <LJolley@cc-md.org>
**Cc:** Kristen Crowther <KCrowther@cc-md.org>; Lawrence Brown <LBrown2@cc-md.org>; Stephanie Hamer <shamer2@cc-md.org>
**Subject:** Re: Julie Crawford-Guy

Leslie,

It looks like Julie worked on the day that she had her CMT class. Did you pull her to work?

*Tanya Egbe (pronounced: Egg-Bee)*
**Tanya Ritter-Egbe (She/her)**
**Director of Residential Services South**
Family Services Division
T 667-600-3798 *****
C 443-500-9961- emergencies only
tritter@cc-md.org
1916 Crain Highway, Suite 13 | Glen Burnie MD 21061

cc-md.org/gallagher
**Get to know CHEERS!**



Please follow us on Facebook and Twitter



Inspired by the Gospel mandates to love, serve, and teach, Catholic Charities provides care and services to improve the lives of Marylanders in need.

This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.

**From:** Stephanie Hamer <shamer2@cc-md.org>
**Sent:** Thursday, September 7, 2023 11:12 AM
**To:** Tanya Ritter <TRitter@cc-md.org>
**Subject:** Fw: Julie Crawford-Guy

Attached is the letter for Jule Crawford-Guy. The date she missed the CMT Clinical update was on 7/20/23.

Thank you very much,

*Steph Hamer*

Administrative Assistant

Gallagher Services

1916 Crain Highway, South

Suite 13

Glen Burnie, MD 21061

667-600-3795

Shamer2@cc-md.org



**From:** Stephanie Hamer <shamer2@cc-md.org>

**Sent:** Wednesday, August 30, 2023 12:29 PM
**To:** Leslie Jolley <LJolley@cc-md.org>
**Cc:** Tanya Ritter <TRitter@cc-md.org>
**Subject:** Re: Julie Crawford-Guy

Hi Leslie,

I need Julie Crawford-Guy to sign this for the first class she missed. After that I can renew her CMT, which needs to be done before 9/28/2023, when she expires.

Thank you so much,

*Steph Hamer*

Administrative Assistant

Gallagher Services

1916 Crain Highway, South

Suite 13

Glen Burnie, MD 21061

667-600-3795

Shamer2@cc-md.org



**From:** Leslie Jolley <LJolley@cc-md.org>
**Sent:** Tuesday, August 8, 2023 3:07 PM
**To:** Stephanie Hamer <shamer2@cc-md.org>
**Cc:** Tanya Ritter <TRitter@cc-md.org>
**Subject:** Re: Julie Crawford-Guy

Yes, will do.

Get Outlook for iOS

**From:** Stephanie Hamer <shamer2@cc-md.org>
**Sent:** Tuesday, August 8, 2023 3:06:46 PM
**To:** Leslie Jolley <LJolley@cc-md.org>
**Cc:** Tanya Ritter <TRitter@cc-md.org>
**Subject:** Julie Crawford-Guy

Hi Leslie,

Can you and Julie please sign this form and return to me within one week. I need to sign her up to take her 2-year refresher asap, so that she does not expire, but I cannot do that until I send this signed form to HR & Payroll.

Thank you so much,

*Steph Hamer*
*Administrative Assistant*
*Gallagher Services*
*1916 Crain Highway, South*
*Suite 13*
*Glen Burnie, MD 21061*
*667-600-3795*
Shamer2@cc-md.org



100 YEARS
CATHOLIC CHARITIES
CHERISHING THE DIVINE WITHIN ALL