*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT C

**Karen Funk**

| | |
|---|---|
| From: | Tanya Ritter |
| Sent: | Thursday, August 17, 2023 9:56 AM |
| To: | Antoinette Cofer-Hoefs |
| Subject: | Fw: Leslie Jolly |
| Attachments: | (No subject); (No subject); (No subject) |

scroll down...

*Tanya Egbe (pronounced: Egg-Bee)*
**Tanya Ritter-Egbe (She/her)**
*Director of Residential Services South*
Family Services Division
T 667-600-3798 *****
C 443-500-9961- emergencies only
tritter@cc-md.org
1916 Crain Highway, Suite 13 | Glen Burnie MD  21061

cc-md.org/gallagher
Get to know **CHEERS!**



Please follow us on Facebook and Twitter



*Inspired by the Gospel mandates to love, serve, and teach, Catholic Charities provides care and services to improve the lives of Marylanders in need.*

This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.

**From:** Megan Sweat <MSweat@cc-md.org>
**Sent:** Thursday, August 17, 2023 9:40 AM

1

**To:** Tanya Ritter <TRitter@cc-md.org>
**Subject:** FW: Leslie Jolly

See below.

On 8/15/23 Leslie Jolly asked Allison Evans to pick up Anne Mergehenn from her day program by 2pm and/or pick up Rose Parr from BWI Airport around 5:52pm. Leslie did not follow the proper chain of command as she contacted Allison directly without informing her supervisor, Tanya Ritter, or Allison's supervisor, Megan Sweat. Between the back and forth phone calls between Allison and Leslie, one of the conversations was placed on speaker as Leslie was providing an update on Rose's delayed flight. During that phone call, Leslie expressed how she was frustrated with Tanya because she was lying about leaving from the hospital to assist Leslie. I was also informed by Allison, Leslie said "this is your job, it's your job to help" when asked to assist with Anne and Rose.

On 8/16/23, Leslie called Allison to pick up a residential shift on Saturday. Allison told Leslie she is no longer interested in working residential and there is no need for Leslie to contact her directly moving forward.

Leslie also approached Allison on 8/14/23 after Allison had met with another staff at Rockhaven about the NADSP. She asked Allison if she would help organize her books. Allison did not agree to assist as she wanted to ask me first. I was then informed Leslie told Tanya Allison was coming to Rockhaven to do her books. This is not true.

Megan

---

**From:** Allison Evans <AEvans@cc-md.org>
**Sent:** Wednesday, August 16, 2023 2:31 PM
**To:** Megan Sweat <MSweat@cc-md.org>
**Subject:** Leslie Jolly

12:04pm- I received a phone call from Diane Edmonds to let me know that I was going to be getting a phone call from Leslie about picking Rose Parr up from the airport.

12:20pm- Leslie Jolly call me and she wanted to know if there was anyway that I could help her with either picking up Anne Mergehenn from the day program at 2pm or if I could go and pick Rose Parr up from the airport at 5:52pm. I explained to her that I could pick Anne up from the day program but couldn't pick Rose up from the airport due to me having to pick my daughter up at 5pm. She then stated that it was ok that she would work it out somehow.

12:28pm- I called Leslie back to ask her if she could give me more information about what time Rose needed to be picked up from the airport. As I'm asking her this, she said that she tried calling Tonya Ritter and that she was not answering her phone. I had explained to Leslie that I spoke with Kathy and Katie to see if they could help. Kathy said to me (Allison) that Leslie needs to give her more information about what time Rose needs to picked up because she could do it if she had more information. As we were talking to Leslie, she stated that "It was my job to help, that I should be able help her."

12:32pm- She sent over the information about the flight number and what flight she would be on.

1:40pm- I texted Leslie back and told her that I would pick Rose up from the airport after talking to Megan Sweat about the situation.

3:59pm- Leslie texted me stating that Rose plane got delayed to 6:39pm

4:07pm- Tanya Ritter called me to Thank me for going to pick Rose up and to also let me know that Rose plane got delayed again to 6:50pm. Which I told her that it was ok I will be at the airport waiting for her. I was going to go to the airport early because I knew it was going to be hard for me to get a gate pass to meet her at the gate.

2

5pm- I arrived at the airport and went to go in to get a gate pass. The staff there stated that I could not go in the back because Rose had an escort from the gate to the front. But I explained that she needs to see someone that she knows when she gets off the plane, she would feel comfortable. I had to call Leslie back to get the confirmation number of Rose flight. She texted it to me and then I was able to get a gate pass. As I'm sitting there waiting for Rose, her flight got delayed again to 7:11pm.

7:19pm- Leslie called me back as we were walking thru the airport to see if Rose had arrived yet, I told her that Rose was using the bathroom and that we were headed to DePaul House after.

7;22pm- I called Rose's brother George to let him know that Rose had arrived safely and that she was on her way home. He was happy to know that, and he Thanked me for all that I did.

7:40 pm- Rose was dropped off at the DePaul House and staff met us outside.

**Allison Evans**
Quality Enhancement Coordinator
Gallagher Services
Catholic Charities of Baltimore
2520 Pot Spring Road
Timonium, MD 21093

T 667-600-2560
F 667-600-4106
C 443-254-7333
aevans@cc-md.org

