*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT D



**CATHOLIC CHARITIES**
CHERISHING THE DIVINE WITHIN ALL

## Performance Feedback Form

Date: 10/1/2023

**Employee Name:** Leslie Jolley
**Job Title:** DSP
**Supervisor Name:** Tanya Egbe
**Department:** Family Services, Gallagher Services

Employees are expected to practice the **Catholic Charities Commitments** and should integrate and demonstrate them in meetings and interactions with each other.

We will honor and respect the **DIGNITY** of every person.
We will encounter each person with **COMPASSION**.
We will act with **HUMILITY**.
We will reach out to others in a spirit of **COLLABORATION**.
We will serve with **EXCELLENCE**.
We will act with **INTEGRITY** in all we do.

The purpose of this performance feedback form is to bring to your attention new or ongoing deficiencies in your conduct, attendance, and/or performance. The intent of this document is to outline for you the areas of concern so that you may take immediate action to improve. This performance feedback form will be placed in your H.R. file.

| Level of Corrective Action | Date Received |
|---|---|
| ☐ Documented Verbal Counseling | |
| ☐ Written Counseling | |
| ☒ Final Warning | October 2, 2023 |

**Summary of prior counseling:**

N/A

**Performance or Behavior Concern:**

**Poor Judgement-** You showed poor judgment when you failed to report an accident in which you hit a staff person's vehicle on 6/13/2023, causing damage, and delaying repairs to the staff's vehicle.

When asked why you did not report the accident, you reported that the report was in your drafts, and you did not see it until 9/12/2023.

As a manager, you should always follow up with accidents to ensure that your staff and the agency have followed through. You are the first point of communication concerning anything with your homes.



**CATHOLIC CHARITIES**
CHERISHING THE DIVINE WITHIN ALL

## Performance Feedback Form

**Relevant Agency Policy Violated:**

It is the agency's policy that accidents are reported immediately.

**Performance/Behavior Expectations:**

1. You are expected to report an accident immediately.
2. You are expected to inform your director of all things occurring in your homes during your weekly meeting.

**Employee Acknowledgement:**

*I acknowledge receipt of this notice, including the review of performance expectations by my supervisor. Failure to successfully meet performance expectations and/or to show and sustain satisfactory performance will result in further action up to and including termination of employment. If performance improvement expectations are met, satisfactory performance must continue in order to remain in good standing and does not guarantee continued employment.*

Employee Name Click here to enter text.
Signature: [signature]   Date: 10/13/23
Supervisor Name Click here to enter text.
Signature: [signature]   Date: 10/14/23
Comments: