*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT E

## Karen Funk

| | |
|---|---|
| **From:** | Tanya Ritter |
| **Sent:** | Monday, November 27, 2023 5:36 PM |
| **To:** | Antoinette Cofer-Hoefs |
| **Subject:** | Fw: Leslie Jolley |
| **Attachments:** | Leslie Jolley.pdf |

Antoinette,

Leslie has a final warning for poor judgment.

Today, Leslie demonstrated poor judgment again by leaving the Benson home out of ratio. Leslie asked me today at 2 pm if she could leave a meeting early to cover staff shortage to ensure ratios were met at Benson Ave.; yet she did go to Benson Ave.

I called Leslie on her cell at 3:39 today and she didn't answer my call. Therefore, I called Benson since she was assisting with coverage. I was disconnected while talking to the staff (Shirley Pettaway)at Benson and could not complete the call. Leslie called me back and implied that she was at Benson by telling me she had the Covid test results in front of her and she would send them to me right away. This was implied because I had just given her two additional tests to administer to two ladies once she got to Benson.

I called the staff (Shirley Pettaway) back at Benson to apologize for hanging up. I asked to speak with Leslie to remind her of her lifting restriction. Shirley told me that Leslie had not been there. I asked Shirley about the Covid tests, and she said that Leslie had not come to give COVID tests. I called Leslie and asked her why she wasn't at Benson. She said that she was there with Shirley, and she told Shirley she had forgotten her medicine and she needed to go home to get it. Leslie also said that Shirley told her she was okay working alone with 7 ladies.

I called Katie Kemp to ask if this was a state-reportable incident. Katie suggested that I ask Deb Rausch who lives at Benson if she had seen Lesie today. I spoke to Shirley once more and asked her if she was sure Leslie was not there for a while, and she said no. I spoke with Deb and Deb said that she had not seen Leslie all day. Deb told me that Julie and Lakia worked during the day and Shirley was at home alone.

1