*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT F

# Karen Funk

| | |
|---|---|
| **From:** | Jennifer Raul |
| **Sent:** | Monday, December 4, 2023 7:17 AM |
| **To:** | Kathy Clemente |
| **Cc:** | Antoinette Cofer-Hoefs |
| **Subject:** | RE: Out of Office for 1Decemberhru December 19th |

Good morning,

No, I wasn't aware. I'll contact her.

Thank you.

Jennifer Raul, PHR, SHRM-CP
Leave Management and Compliance Specialist
Catholic Charities of Baltimore
2300B Dulaney Valley Rd.
Timonium, MD 21093
667-600-2305 phone
667-600-4070 fax
jraul@cc-md.org
www.cc-md.org

HR Service Center, call 667-600-3466
E-mail: HRServiceCenter@cc-md.org



Please follow us on Facebook and Twitter
 

Disclaimer: This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Thank you.

---

**From:** Kathy Clemente <KClemente@cc-md.org>
**Sent:** Friday, December 1, 2023 5:04 PM
**To:** Jennifer Raul <jraul@cc-md.org>
**Cc:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Subject:** Fwd: Out of Office for 1Decemberhru December 19th

Jen,

Were you aware that Leslie was going back out? She informed her supervisor today that she would be out starting tomorrow.

1

Kathy

Get Outlook for Android

---

**From:** Tanya Ritter <TRitter@cc-md.org>
**Sent:** Friday, December 1, 2023 4:58:00 PM
**To:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>; Kathy Clemente <KClemente@cc-md.org>
**Subject:** Fwd: Out of Office for 1Decemberhru December 19th

I'm just seeing this email and Leslie's text message.

*Tanya Egbe*

---

**From:** Leslie Jolley <LJolley@cc-md.org>
**Sent:** Friday, December 1, 2023 3:28:03 PM
**To:** Tanya Ritter <TRitter@cc-md.org>; Dana Williams <DWilliams6@cc-md.org>; Alexis Smith <alexis.smithmpa@gmail.com>; Joanna Leuschner <JLeuschner@cc-md.org>; Shannon Lyons <SLyons2@cc-md.org>; Shakaiya Buckner <sbuckner2@cc-md.org>; Shawnta Jones <SJones@cc-md.org>; Stephenie Young <SYoung@cc-md.org>; Dee Livesay <dLivesay@dhcamd.com>; Delores McKeever-Manuel <DMcKeever-Manuel@cc-md.org>; Darlene A. Handy <DHandy@cc-md.org>; Zenia Butler <zbutler@cc-md.org>; Nadine Spriggs <nspriggs@cc-md.org>; Ebuka Nnadozie <ENnadozie@cc-md.org>; Lakia Ames <lames@cc-md.org>; Julie Crawford-Guy <JCrawfordGuy@cc-md.org>; Waltreen Cox <wcox@cc-md.org>
**Subject:** Out of Office for 1Decemberhru December 19th

I will be out of the office from December 4th thru December 19. The return date is 12/20/23 and if you need assistance, please contact Tanya Ritter at 443-500-9961.

**Leslie Jolley (She/her**

**Manager of Community Living III, in Gallagher Services South, Gallagher Services**

Family Services Division

C (410) 790-3837

ljolley@cc-md.org

**1925 Rockhaven Ave. Catonsville, MD 21228**

**3400 Benson Ave. Baltimore, Maryland 21227**

cc-md.org/gallagher

*"TRUST IN THE LORD WITH ALL THINE HEART: AND LEAN NOT UNTO THINE OWN UNDERSTANDING. IN ALL THY WAYS ACKNOWLEDGE HIM, AND HE SHALL DIRECT THY PATH"*
                    *PROVERBS 3:5-6*