*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT G

LESLIE JOLLEY - 015561 - Catholic Charities

# Employee Status History

| Status | Start | Stop | LOA Reason | Current | FMLA | Duration Weeks | Days | Notes | Delete |
|---|---|---|---|---|---|---|---|---|---|
| Leave of absence | 11/04/2024 | | Workers comp FMLA | Y | ☒ | 5 | 1 | | ☐ |
| Active | 12/28/2023 | 11/03/2024 | | N | ☐ | 44 | 3 | | ☐ |
| Leave of absence | 12/01/2023 | 12/27/2023 | Medical/self | N | ☒ | 3 | 5 | | ☐ |
| Active | 11/22/2023 | 11/30/2023 | | N | ☐ | 1 | 1 | | ☐ |
| Leave of absence | 10/16/2023 | 11/21/2023 | Medical/self | N | ☒ | 5 | 1 | | ☐ |
| Active | 05/18/2022 | 10/15/2023 | | N | ☐ | 73 | 4 | | ☐ |
| Leave of absence | 04/05/2022 | 05/17/2022 | Medical/self | N | ☒ | 6 | 0 | | ☐ |
| Active | 11/02/2020 | 04/04/2022 | | N | ☐ | 74 | 0 | | ☐ |
| Leave of absence | 08/10/2020 | 11/01/2020 | Medical/self | N | ☒ | 11 | 6 | | ☐ |
| Active | 08/09/2019 | 08/09/2020 | | N | ☐ | 52 | 2 | | ☐ |

Records per page  10    Displaying 1-10 of 11 records    1 / 2