*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT H

| | |
|---|---|
| **From:** | Kathy Clemente |
| **To:** | Jennifer Raul |
| **Cc:** | Antoinette Cofer-Hoefs |
| **Subject:** | RE: LJ restrictions update |
| **Date:** | Tuesday, December 26, 2023 9:51:50 AM |
| **Attachments:** | image001.png |
| | image005.png |
| | image006.png |

I'll schedule time that morning with her to go over things that have to be addressed at the house. I will review restrictions with her. Toni, maybe we should do that part together.

It will all have to be virtual. I should be cleared by New Years day.

Kathy

---

**From:** Jennifer Raul <jraul@cc-md.org>
**Sent:** Tuesday, December 26, 2023 8:24 AM
**To:** Kathy Clemente <KClemente@cc-md.org>
**Cc:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Subject:** RE: LJ restrictions update

Yes, it did. So, we just need to now let her know we can accommodate, and she can return 12/28.

Thank you.

Jennifer Raul, PHR, SHRM-CP
Leave Management and Compliance Specialist
Catholic Charities of Baltimore
2300B Dulaney Valley Rd.
Timonium, MD 21093
667-600-2305 phone
667-600-4070 fax
jraul@cc-md.org
www.cc-md.org

HR Service Center, call 667-600-3466
E-mail: HRServiceCenter@cc-md.org



100 YEARS
CATHOLIC CHARITIES

Please follow us on Facebook and Twitter
 

Disclaimer: This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Thank you.

---

**From:** Kathy Clemente <KClemente@cc-md.org>
**Sent:** Tuesday, December 26, 2023 8:22 AM
**To:** Jennifer Raul <jraul@cc-md.org>
**Cc:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Subject:** RE: LJ restrictions update

I believe so. I have a list of issues at the house and things that need to be addressed. She would not be able to do transfers, lifts, push some of the wheelchairs. She should be able to bath some of the ladies, feed, cook, do meds, handle paperwork (which is not in order), schedule medical appointments and assist with medical appointments as a 2nd person. Grocery shop – at least order and have them load the vehicle.

Did the change happen after she was told we could not accommodate her previous restriction?

Kathy

---

**From:** Jennifer Raul <jraul@cc-md.org>
**Sent:** Tuesday, December 26, 2023 7:16 AM
**To:** Kathy Clemente <KClemente@cc-md.org>
**Cc:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Subject:** RE: LJ restrictions update

Good morning,

She has restrictions of lifting to 40lbs and with assistance up to 75lbs. This would be until further evaluation on 5/1/24. Before, Tanya said the lifting couldn't be accommodated so we were going through the ADA process. Would you be able to accommodate?

Thanks.

Jennifer Raul, PHR, SHRM-CP
Leave Management and Compliance Specialist
Catholic Charities of Baltimore
2300B Dulaney Valley Rd.
Timonium, MD 21093
667-600-2305 phone
667-600-4070 fax
jraul@cc-md.org
www.cc-md.org

HR Service Center, call 667-600-3466
E-mail: HRServiceCenter@cc-md.org



Please follow us on Facebook and Twitter


Disclaimer: This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Thank you.

---

**From:** Kathy Clemente <KClemente@cc-md.org>
**Sent:** Sunday, December 24, 2023 9:27 AM
**To:** Jennifer Raul <jraul@cc-md.org>
**Cc:** Antoinette Cofer-Hoefs <ACoferHoefs@cc-md.org>
**Subject:** LJ restrictions update

Jen,

Antoinette mentioned that Leslie Jolley had her restrictions updates. When you return could you let me know what they will be starting 12/28.

Have a great Christmas!

Thank you,
Kathy

*Kathleen A. Clemente* (she/her)
Administrator
Gallagher Services/Catholic Charities of Baltimore
2520 Pot Spring Road
Timonium, MD 21093

T 667-600-2558
F 667-600-4106
kclemente@cc-md.org
cc-md.org

*"It always seems impossible until it is done." -Nelson Mandela*