*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT I

Leslie Jolly

Meeting Notes – 1/22/2024

Attendees: Antoinette Hofer-Coefs, Darcy Boegner, Kathy Clemente, Tanya Ritter, Karen Funk

Looked at positions to see what was available. One was admin assistant at Pot Spring. Best option is to offer position, but it is not at same salary as Leslie is making now. Could be on temp basis until restrictions are lifted. Could put her back in her role or a similar role at original pay once she is cleared. Obligation to do that under ADA. Max for Admin is $52,500, but sometimes go over that. If we offer and she takes it, we could post her position and start selection process. If not filled by the time she is cleared, we would put her back in her old position. Darcy will do evaluation of position to see if we could offer more salary.

Concern that her position is open. Need to make recruitment and fill a priority. HR can help. Is it possible to put more experienced person in there temporarily to get the houses back in order? Could do additional duties while we recruit. Carol Baker could potentially fill in, but she already has 4 houses. Person could be from anywhere in Gallagher. Individuals are at risk with restrictions, so better to offer a position where clients are not at risk. Or we find a way to always have someone working with Leslie. Must focus on person with disability only.

Darcy, Antoinette, and Karen will meet with Leslie to discuss her options by 1/29. Leslie is not to work alone.