*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT J

Meeting with Leslie Jolley 1/25/2024

Injections in knees and back. Once Leslie is cleared, she could possibly lift greater weight. Before she wasn't getting injections. Reason it changed from permanent to temporary.

Essential job functions is ability to lift up to 75 lbs. Without that ability, puts patients at risk.

Reviewed resume on file. Not on resume. She had own business for 10 yrs doing same work as DSP where she would go to patient homes. Looked internally to see what was available that Leslie would be qualified for. Also looked at positions for which Leslie has applied and took that into consideration. Currently have opening at Gallagher as admin assistant. Leslie applied for another AA position. Is this a position that Leslie would be interested in?

Will salary drop? Yes. Currently at $60k. AA would pay top rate of 52,514. Located at 2525 Pot Springs, 2nd floor. FT position reporting to Alicia.

What is schedule? There are work from home days. Checking with Alicia.

What is job description? Filling in for Dorian Reynolds. We will send to her (although it is a position for which Leslie applied.

Is there possibility that she could give up one of the homes? No, not possible. Essential functions is having both homes.

As long as there is a hybrid schedule, she would accept it. We will confirm actual schedule and respond to Leslie.

Leslie is interested in the position. We will draft a letter and ask that Leslie sign as agreement that the position is accepted as part of accommodation.

Leslie wants to complete any outstanding appointments, etc so it is not left for anyone else. Would start date be within days, week, etc? We will work out with Tanya, and Tanya will work out with Leslie. Won't have supervisor hired before transition.

Can Leslie get special chair? Not on request, but can work with Leslie. We may have something in house.

We will circle back to Kathy, Tanya and Alicia. Asking Leslie to wait to reach out until we have notified everyone of move.

Leslie said repeatedly that she is fine with the salary and is very happy and appreciative of the offer of a different position to accommodate her restrictions.

Include similar language as offer letters in TA. Ask Andrea for template.