*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT K

**CATHOLIC CHARITIES** | CHERISHING THE DIVINE WITHIN ALL

January 25, 2024

Leslie Jolley
321 Wende Court
Glen Burnie MD 21061

Dear Leslie:

As we discussed during our meeting on January 25, 2024, we are pleased to offer you the position of Administrative Assistant to accommodate your lifting restriction that is preventing you from performing the essential functions of your current position. You will be reporting directly to Alyscia Smith. Your office location will be 2520 Pot Spring Road. In addition, an ergonomic chair will be provided to you as you requested in our meeting.

Your transfer from Manager Community Living III to Administrative Assistant will be effective February 10, 2024 in UKG; however, training will begin February 5, 2024. Alyscia Smith will provide additional details to you.

**Compensation and Schedule:**

You will be paid $25.1282 per hour on a bi-weekly basis subject to applicable tax withholdings, according to the Agency pay calendar.

Your position is a full-time, non-exempt position with a weekly schedule of 37.5 hours per week and hours of 8am – 4pm. During the training period (generally up to 2 months), you will be required to work in the office 5 days per week. Once you complete your training, your schedule will be 3 days in the office and 2 days remote (subject to change based on the needs of the business). You and your supervisor will determine the exact days in the office.

**Benefits:**

Your current benefits will continue with no interruption. You are currently enrolled in dental, vision, Health Care FSA, short-term and long-term disability, life insurance, and the 403(b) Retirement Plan. Your paid vacation and sick leave accruals will transfer to your new position, and you continue to be eligible for nine agency-designated holidays.

**Employment Relationship:**

Your employment with Catholic Charities is at-will, which means that either party may end the employment relationship at any time for any reason, with or without notice. There is no promise or guarantee of employment, or that your employment will continue for any specific period of time. The practices and policies of Catholic Charities are not to be construed as imposing any binding obligations, and they are subject to change or deletion at any time by Catholic Charities in its sole discretion.

We were happy to find an accommodation that works for both you and the organization and believe you will find this opportunity both challenging and rewarding. Please sign and date below to indicate your agreement and return a signed copy to me at your earliest opportunity.

Sincerely,

*Karen Funk*

Karen Funk
Manager, Benefits & HR Service Center

Agreed to and accepted by:

_____    1/30/24
Leslie Jolley                              Date