*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT L



## Performance Feedback Form

**Employee Name:** Leslie Jolley
**Job Title:** Administrative Assistant
**Supervisor Name:** Alyscia Smith
**Department:** Gallagher Administration

**Date: May 28, 2024**

Employees are expected to practice the Catholic Charities Commitments and should integrate and demonstrate them in meetings and interactions with each other.

We will honor and respect the **DIGNITY** of every person.
We will encounter each person with **COMPASSION**.
We will act with **HUMILITY**.
We will reach out to others in a spirit of **COLLABORATION**.
We will serve with **EXCELLENCE**.
We will act with **INTEGRITY** in all we do.

The purpose of this performance feedback form is to bring to your attention new or ongoing deficiencies in your conduct, attendance and/or performance. The intent of this document is to outline for you the areas of concern so that you may take immediate action to improve. This performance feedback form will be placed in your HR file.

| Level of Corrective Action | Date Received |
|---|---|
| ☐ Documented Verbal Counseling | Click here to enter a date. |
| ☐ Written Counseling | Click here to enter a date. |
| ☒ Final Warning | Click here to enter a date. |

### Summary of prior counseling:

During NEO and throughout your 5 years and 10-month tenure, the Catholic Charities Commitments (as seen above) has been continuously reinforced and a part of our organization culture. Additionally, the commitments are included in our Code of Ethics and Business Conduct policy. One of the commitments is integrity in all that we do.

### Performance or Behavior Concern:

[REDACTED] On December 26, 2023, we spoke to the program and sought to accommodate your lifting restrictions. We held an interactive meeting with you on January 11, 2024, to discuss what we could do to help you and present you with options. We had another meeting on January 22, 2024, to have an interactive conversation with your manager. Because of the chronic nature of your disability described in your medical documentation, and to ensure your safety and the safety of the individuals we serve, we presented you with a reasonable accommodation to transfer into an administrative assistant role. You accepted the Administrative Assistant position and signed the letter on January 30, 2024.

On April 18, 2024, you approached your HRBP stating you wanted to pick up hours as a PRN DSP. When advised you would have to be cleared to lift up to 75#, you advised you could have been cleared to do so before you signed the letter for the Administrative Assistant position.

[REDACTED]

You signed the letter transferring you to administrative assistant on January 30th and were moved into your new role on February 5, 2024. This indicates that you met the requirements to continue in the position you were in and did not require the reasonable accommodation offered.

**Relevant Agency Policy Violated:**

Code of Ethics and Business Conduct: Catholic Charities commitments Integrity

**Performance/Behavior Expectations:**

Leslie is expected to uphold the policies, procedures, commitments, and to fulfill expectations of the Agency, program, and her position(s) responsibilities.

Improvement in the above-mentioned areas should be immediate and sustained. Failure to improve performance or correct behavior will result in further performance feedback up to and including termination.

**Employee Comments:**

**Employee Acknowledgement:**

*I acknowledge receipt of this notice, including the review of performance expectations by my supervisor. Failure to successfully meet performance expectations and/or to show and sustain satisfactory performance will result in further action up to and including termination of employment. If performance improvement expectations are met, satisfactory performance must continue in order to remain in good standing and does not guarantee continued employment.*

Employee Name Click here to enter text. Leslie Jolley

Signature: refused to sign  Date: Click here to enter a date. June 4th 2024

Supervisor Name Click here to enter text. Alyscia Smith

Signature: Alyscia Smith  Date: Click here to enter a date. 6/4/24

Comments:

Document reviewed with Leslie Jolley on June 4th 2024.

Antoinette Coftley  6/4/2024