*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT M

GALLAGHER SERVICES    CATHOLIC CHARITIES IN ACTION

June 28th, 2024

LESLIE JOLLEY
321 WENDE COURT
GLEN BURNIE, MD 21061

Dear Leslie,

This correspondence is in response to your appeal of your final warning from Gallagher Services.

On May 23rd, 2024, you presented a note removing your lifting restrictions. The note was dated January 30th, 2024, on the top left-hand corner, yet the doctor's signature was dated May 22nd, 2024. We called to verify the dates and were advised that the notice was in your file removing your restriction effective January. After consultation with you, your physician submitted a revised document, with June 4th 2024 in the top left-hand corner

On April 18th, 2024, you came to your HRBP office stating you could have had your restriction lifted before you were moved into your current position of administrative assistant. You stated, "I had to get out of there", referencing your previous position Manager of Community Living. Additionally, on June 18th you advised the Director of Talent Management that you did make the statement to your HRBP about being able to have your restriction removed before your transfer. Your statement to the HRBP exacerbated the confusion, requiring the updated information received by your doctor's office.

After review of your appeal by the Gallagher Administrator, it has been determined that language regarding the confusion surrounding the multiple dates from your doctor's note will be removed. The final warning will stand based on your comments to the HRBP and Director of Talent Management. It is expected that all employees uphold the policies, procedures, commitments, and fulfill expectations of the Agency, program, and position responsibilities.

Sincerely,

Kathleen A. Clemente
Administrator
Gallagher Services

CC: Human Resources

2520 Pot Spring Road, Timonium MD 21093 | 667 600 2520 | cc-md.org

INSPIRED BY THE GOSPEL MANDATES TO LOVE, SERVE, AND TEACH, CATHOLIC CHARITIES PROVIDES CARE AND SERVICES TO IMPROVE THE LIVES OF MARYLANDERS IN NEED