*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT N

# DISABILITY FORM

Date: 03/10/2025

**EXCELSIA INJURY CARE**

Corporate Office
9601 Pulaski Park Dr. Suite 416
Middle River, MD 21220



Treating Office: Glen Burnie
Office Code: GBO
Acct#: 1.64873.0
Patient's Name: LESLIE JOLLEY
Case: WC101124
DOB: 07/28/1965
D/A or D/D: 10/11/2024
Case Description: WORKMANS COMP 10/11/2024

This is to certify that LESLIE JOLLEY **is** disabled and therefore unable to perform his/her work duties from 3/10/2025 to 4/7/2025

☐ Currently unemployed

Status:
☒ Will be re-evaluated in our offices at 1:30 PM on 04/07/2025 Further disability, if any, will be determined at that time.
☐ Can resume usual work duties on
☒ Is receiving Physical Therapy 3 times per week, for the next 4 weeks
☐ Can resume limited work duties with the following restrictions:

**If light duty is not available, with all exact restrictions as noted below, then off work until next visit.**

☐ No lifting over ___ pounds
☐ No bending reaching, lifting or prolonged standing
☐ Cannot work more than ___ hours per shift
☐ Sedentary Work Only
☐ Other

Precautions or Additional Instructions:

Referring Physician: Tiffany Halliburton, CRNP

Electronically Signed By: Tiffany Halliburton, CRNP

Date: 03/10/2025

**Patient Notice:** If you are unable to return to work on the day specified, it is **your responsibility to notify this office immediately and to come in and be re-evaluated. DISABILITY WILL NOT BE EXTENDED BEYOND THE DATE LISTED ABOVE PENDING RE-EVALUATION.**

Form: Disability Form