*Leslie Jolley v. Catholic Charities*
EEOC / MCCR No. 531–2024–04332
Respondent's Position Statement

# EXHIBIT O

| | |
|---|---|
| From: | Jennifer Raul |
| To: | Leslie Jolley; Leslie.Jolley@yahoo.com |
| Subject: | FMLA Exhaustion |
| Date: | Monday, January 13, 2025 12:09:00 PM |
| Attachments: | image001.png |

Good afternoon,

The purpose of this letter is to officially notify you that you will have exhausted your Family Medical Leave as of January 27, 2025. As you know, the Family Medical Leave law only protects your position for a period of 12 weeks. Those 12 weeks will end as of January 27, 2025.

For you to return to work, the medical release from your medical provider must be received by me. If you are unable to return to work you need to know that your job may be posted. If your position is posted and when you are finally ready to return to active duty you may apply for any position within the organization for which you are qualified.

Please feel free to contact me if you have any questions regarding this information.


Jennifer Raul, PHR, SHRM-CP
Leave and Benefits Specialist
Catholic Charities of Baltimore
2300B Dulaney Valley Rd.
Timonium, MD 21093
667-600-2305 phone
667-600-4070 fax
jraul@cc-md.org
www.cc-md.org

HR Service Center, call 667-600-3466
E-mail: HRServiceCenter@cc-md.org




Please follow us on Facebook and Twitter
 

**Disclaimer:** This message is confidential, intended only for the named recipient(s), and may contain information that is legally privileged. If you are not the intended recipient(s), you are notified that the disclosure, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Thank you.